# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOSEPH RHODES,

    Plaintiff,

v.

DEPUTY HANKS, *et al.*,

    Defendants.

CASE NO. 3:19-cv-05382 RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, any objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**,

(1) The Report and Recommendation is **ADOPTED**.

(2) This matter is dismissed without prejudice and plaintiff's *in forma pauperis* status is revoked for purposes of appeal.

(3) The case shall be closed.

///

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1 | The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

2 | IT IS SO ORDERED.

3 | DATED this 3rd day of September, 2019.

_____
ROBERT J. BRYAN
United States District Judge